IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH,              ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                       ) | 2:22cv199-MHT |
|                              ) | (WO) |
| NANCY BOYD, et al.,          ) | |
|                              ) | |
|     Defendants.              ) | |

OPINION

Plaintiff filed this lawsuit asserting claims of discrimination stemming from an incident in which he was arrested for trespassing.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the court's orders, and, alternatively, pursuant to the court's inherent authority to manage its docket and ensure compliance with its orders.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of June, 2023.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE