IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PETER J. SMITH,            )
                           )
        Plaintiff,         )
                           )        CIVIL ACTION NO.
        v.                 )        2:22cv199-MHT
                           )            (WO)
NANCY BOYD, et al.,        )
                           )
        Defendants.        )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the court's orders, and alternatively, in accordance with the court's inherent authority to manage its docket to secure the orderly and expeditious disposition of the cases on its docket.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of June, 2023.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE